IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erkan Efe,<br>Petitioner,<br>v.<br>Eric Rokosky, et al.,<br>Respondents. | No. CV-26-06312-PHX-LCK<br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) Petitioner alleges he entered the United States in 2022, was briefly detained, and was then released. On August 20, 2026, he was re-detained and has been held since without a bond hearing. Petitioner alleges his re-detention violates his Fifth Amendment rights and seeks immediate release under the same conditions that existed before his detention.

The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In the Response, Respondents state: "Respondents do not oppose Petitioner's requested relief for release from custody." (Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

(4) Absent a significant change in Petitioner's circumstances, Respondents must not re-detain Petitioner without seven days prior written notice and an opportunity to be heard on the reasons for the re-detention and consideration of bond, at which hearing the Government must bear the burden of demonstrating by clear and convincing evidence that he is likely to flee or pose a danger to the community if not detained.

(5) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 11th day of September, 2026.

Honorable Lynnette C. Kimmins
United States Magistrate Judge